822

C. A. 3d Cir. Certiorari denied. *Philip Price* and *George Craven* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Melva M. Graney* for respondent.

No. 110. WILLIAMS *v.* STEELE, WARDEN. C. A. 8th Cir. Certiorari denied. *Arthur J. Freund, Morris L. Ernst, Osmond K. Fraenkel* and *Herbert Monte Levy* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 114. TAYLOR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Jackson A. Dykman* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *I. Henry Kutz* for respondent.

No. 115. STEEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George T. Altman* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Robert N. Anderson* for the United States.

No. 116. AMERICAN STEAMSHIP Co. *v.* INTERLAKE STEAMSHIP Co. C. A. 6th Cir. Certiorari denied. *Laurence E. Coffey* and *Lucian Y. Ray* for petitioner. *Thomas V. Koykka* for respondent.

No. 117. DEENA PRODUCTS Co. *v.* UNITED BRICK & CLAY WORKERS OF AMERICA ET AL. C. A. 6th Cir. Certiorari denied. *James G. Wheeler* for petitioner. *J. Albert Woll, Herbert S. Thatcher* and *James A. Glenn* for respondents.